No. 46002.—Protest 935873–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel merchandise invoiced as whistling balloons, rubber balloons, and noisemakers, similar to those the subject of Abstract 40493 was held dutiable at 45 percent under paragraph 409 as claimed.

No. 46003.—Protest 997691–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel jump sticks in chief value of wood similar to those the subject of Abstract 44028 were held dutiable at 33⅓ percent under paragraph 412 as claimed.

BEFORE THE THIRD DIVISION, JUNE 4, 1941

No. 46004.—Petition 6022–R of Mendez & Co. (San Juan).

Opinion by CLINE, J. It appeared that the importer did not withhold any information from the appraiser and that the entry was made in good faith. As there was no intention to defraud the petition was granted.

BEFORE THE SECOND DIVISION, JUNE 5, 1941

No. 46005.—Protests 866620–G, etc., of Union Waste Co., Inc., et al. (Philadelphia).

Opinion by Kincheloe, J. In accordance with stipulation of counsel and on the authority of United States v. Schapiro (24 C. C. P. A. 343, T. D. 48771) the claim for free entry under paragraph 1750 was sustained.